**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Chinedu Ogana,

Petitioner,

v.

Pamela Bondi, et al.,

Respondents.

No. CV-26-01628-PHX-AMM

**ORDER**

On October 13, 2026, Magistrate Judge Camille D. Bibles issued a Report and Recommendation ("R&R") recommending this Court deny Petitioner's Petition. (Doc. 16.) Judge Bibles notified the parties they had fourteen (14) days to file any written objections to the proposed findings and recommendation. (*Id.* at 11.) On October 15, 2026, Petitioner filed a notice advising the Court that "Petitioner has decided not to pursue or file any objections to the R&R recommending the denial of release" and that it may "adopt the R&R and that the case may be closed." (Doc. 17.)

A district court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes 1983 Addition. A district judge may "accept, reject, or modify, in whole

or in part, the findings or recommendations" of the magistrate judge. 28 U.S.C. § 636(b)(1).

The Court has reviewed Judge Bibles's R&R, the parties' briefs, and the record. The Court finds no clear error and agrees with the findings and recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**. (Doc. 16.)

**IT IS FURTHER ORDERED** that the Petition is **DENIED**. (Doc. 1.)

**IT IS FURTHER ORDERED** that this matter is dismissed. The Clerk of Court shall enter judgment accordingly and close this case.

Dated this 30th day of October, 2026.

Honorable Angela M. Martinez
United States District Judge